*Lyman* v. *Oussani,* 33 Misc. 409, rev'd on other grounds, 65 App. Div. 27; *Lyman* v. *Harley,* 65 App. Div. 614.)

Judgment affirmed, with costs.

No opinion.

Second Appellate Department, April, 1902. Reported. 71 App. Div. 622.

In the Matter of the Petition of NORMAN PLASS, for an Order Revoking and Cancelling Liquor Tax Certificate No. 22,107, Issued to RICHARD SHEEKY.

NORMAN PLASS, Appellant, *v.* RICHARD SHEEKY, Respondent.

Order affirmed without costs. (See opinion in *Matter of Plass,* ante., p. 488.)

All concurred.